UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Haas Outdoors, Inc. | § § § § § | |
| vs. | | NO:  AU:18-CV-00978-RP |
| Dryshod International, LLC, et al | | |

## ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a VIDEO CONFERENCE on August 17, 2021 at 09:00 AM . The courtroom deputy will send out connection information prior to the hearing.

**SIGNED** on 12th day of August, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE