UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Haas Outdoors, Inc. | § |
| vs. | § |
| | §   NO:   AU:18-CV-00978-RP |
| Dryshod International, LLC, James K. Donohue | § |
| | § |

## ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear for a FINAL PRETRIAL CONFERENCE BY VIDEO on October 14, 2021 at 10:00 AM . The courtroom deputy will send out connection information prior to the hearing.

**SIGNED** on 27th day of September, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE