IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § | |
| Plaintiff, | § § | C.A. NO. 1:18-cv-00978-RP |
| | § | [LEAD CASE] |
| v. | § § | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § | C.A. NO. 1:18-cv-00596-RP [CONSOLIDATED] |
| Plaintiffs, | § § | |
| v. | § § | |
| HAAS OUTDOORS, INC., | § § § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE TO COURT OF SUBMISSION OF PRETRIAL DISCLOSURES**

Pursuant to Local Rule 16(f) and the Court's June 30, 2021 Order (Dkt. #257), Plaintiff Haas Outdoors, Inc. ("Haas Outdoors") submits this Notice to the Court regarding the filing of following pretrial disclosures:

    Exhibit A:    List of Proposed Stipulated Facts

    Exhibit B:    Identification of Exhibits

    Exhibit C:    Witness List – Live

    Exhibit D:    Witness List – Deposition Designations

    Exhibit E:    Proposed Findings of Fact and Conclusions of Law

    Exhibit F:    Estimate of Probable Length of Trial

Case 1:18-cv-00978-RP   Document 262   Filed 09/30/21   Page 2 of 2

Exhibit G:    Statement Concerning In Limine Motions

Dated: September 30, 2021

        Respectfully submitted,

        HAAS OUTDOORS, INC.

        By Its Attorneys,
        JONES WALKER LLP

        By:  *s/ W. Whitaker Rayner*
            W. WHITAKER RAYNER

W. WHITAKER RAYNER (MS Bar No. 4666) (*pro hac vice*)
ANDREW S. HARRIS (MS Bar No. 104289) (*pro hac vice*)
JONES WALKER LLP
190 East Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900; Fax: (601) 949-4804
wrayner@joneswalker.com
aharris@joneswalker.com

KRYSTAL P. SCOTT
Texas Bar # 24056288
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel.: 713-437-1816; Fax: 713-437-1810
kscott@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document is being filed electronically via the Court's CM/ECF system.

Dated: September 30, 2021.

        *s/ W. Whitaker Rayner*
          W. WHITAKER RAYNER

{JX493486.1}                                                       2