**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § § § § § § § § § | |
| Plaintiff, | | C.A. NO. 1:18-cv-00978-RP [LEAD CASE] |
| v. | | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | | |
| Defendants. | | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § § § § § § § § | |
| Plaintiffs, | | C.A. NO. 1:18-cv-00596-RP [CONSOLIDATED] |
| v. | | |
| HAAS OUTDOORS, INC., | | |
| Defendant. | | |

**PLAINTIFF'S NOTICE TO THE COURT**

# EXHIBIT A

## Plaintiff's Proposed Stipulated Facts

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § § | |
| Plaintiff, | § § | C.A. NO. 1:18-cv-00978-RP |
| | § | [LEAD CASE] |
| v. | § § | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § | |
| Defendants. | § | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § | C.A. NO. 1:18-cv-00596-RP [CONSOLIDATED] |
| Plaintiffs, | § § | |
| v. | § § | |
| HAAS OUTDOORS, INC., | § § § | |
| Defendant. | § | |

**PLAINTIFF'S PROPOSED STIPULATED FACTS**

Pursuant to Local Rule CV-16(f)(3) and the Court's June 30, 2021 Order (Dkt. #257), Plaintiff Haas Outdoors, Inc. ("Haas Outdoors"), refers to the previous filing of stipulations (Dkt. #212). Haas Outdoors further states that the parties continue to negotiate a stipulation as to quantities of products at issue and other stipulates which would abbreviate the number of exhibits introduced by the parties.

Dated: September 30, 2021.

>Respectfully submitted,
>
>HAAS OUTDOORS, INC.
>
>By Its Attorneys,
>JONES WALKER LLP
>
>By:  *s/ W. Whitaker Rayner*
>          W. WHITAKER RAYNER

W. WHITAKER RAYNER (MS Bar No. 4666) (*pro hac vice*)
ANDREW S. HARRIS (MS Bar No. 104289) (*pro hac vice*)
JONES WALKER LLP
190 East Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900; Fax: (601) 949-4804
wrayner@joneswalker.com
aharris@joneswalker.com

KRYSTAL P. SCOTT
Texas Bar # 24056288
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel.: 713-437-1816; Fax: 713-437-1810
kscott@joneswalker.com