**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § | |
| Plaintiff, | § § | C.A. NO. 1:18-cv-00978-RP |
| v. | § § | [LEAD CASE] |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § | |
| Defendants. | § | |
| | | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § | C.A. NO. 1:18-cv-00596-RP [CONSOLIDATED] |
| Plaintiffs, | § § | |
| v. | § § | |
| HAAS OUTDOORS, INC., | § § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE TO THE COURT**

# EXHIBIT C

## Plaintiff's Witness List – Live

{JX493585.1}   1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § | |
| | § | |
| Plaintiff, | § | C.A. NO. 1:18-cv-00978-RP |
| | § | [LEAD CASE] |
| v. | § | |
| | § | |
| DRYSHOD INTERNATIONAL, LLC, | § | |
| AND JAMES K. DONOHUE | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DRYSHOD INTERNATIONAL, LLC, | § | |
| AND JAMES K. DONOHUE | § | C.A. NO. 1:18-cv-00596-RP |
| | § | [CONSOLIDATED] |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| HAAS OUTDOORS, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S WITNESS LIST – LIVE**

Pursuant to Local Rule CV-16(f)(5) and the Court's June 30, 2021 Order (Dkt. #257), Plaintiff Haas Outdoors, Inc. ("Haas Outdoors"), submits its Amended Witness List – Live.

**A.    The following witnesses are expected to be called by Haas Outdoors, except those used for impeachment only:**

Bill Sugg – Haas Outdoors
(contact through undersigned counsel)

Larry Moore – Haas Outdoors
(contact through undersigned counsel)

Cindy Reed – Haas Outdoors
(contact through undersigned counsel)

Robert Alexander (retained expert) – Horne LLP
1020 Highland Colony Parkway, Ridgeland, Mississippi 39157; (601) 346-1041

        James K. Donohue – Dryshod International, LLC,
        617 Sunfish, Austin, Texas 78734

**B.**    **The following witnesses May Be Called by Haas Outdoors:**

        Greg Parrish – Haas Outdoors
        (contact through undersigned counsel)

        Toxey Haas – Haas Outdoors
        (contact through undersigned counsel)

        Terri Myers – Haas Outdoors
        (contact through undersigned counsel)

        Michelle Moore – Haas Outdoors
        (contact through undersigned counsel)

        Mimi Donohue – Dryshod International, LLC
        617 Sunfish, Austin, Texas 78734

        Craig Hahn – Team J Sales & Marketing, Inc.
        3310 H Street, Omaha, Nebraska 68107

        Jerry Srednicki – Co-operative Feed Dealers, Inc.
        380 Broome Corporate Parkway, Conklin, New York 13748

Dated: September 30, 2021.

        Respectfully submitted,

        HAAS OUTDOORS, INC.

        By Its Attorneys,
        JONES WALKER LLP

        By:  *s/ W. Whitaker Rayner*
              W. WHITAKER RAYNER

W. WHITAKER RAYNER (MS Bar No. 4666) (*pro hac vice*)
ANDREW S. HARRIS (MS Bar No. 104289) (*pro hac vice*)
JONES WALKER LLP
190 East Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900; Fax: (601) 949-4804
wrayner@joneswalker.com
aharris@joneswalker.com

KRYSTAL P. SCOTT
Texas Bar # 24056288
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel.: 713-437-1816; Fax: 713-437-1810
kscott@joneswalker.com