**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § § | |
| Plaintiff, | § § | C.A. NO. 1:18-cv-00978-RP |
| v. | § § | [LEAD CASE] |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § | |
| Defendants. | § | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § | C.A. NO. 1:18-cv-00596-RP [CONSOLIDATED] |
| Plaintiffs, | § § | |
| v. | § § | |
| HAAS OUTDOORS, INC., | § § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE TO THE COURT**

# EXHIBIT F

## Plaintiff's Estimate of Probable Length of Trial

{JX493594.1}                             1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § § | |
| Plaintiff, | § § | C.A. NO. 1:18-cv-00978-RP |
| | § | [LEAD CASE] |
| v. | § § | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § | C.A. NO. 1:18-cv-00596-RP |
| | § | [CONSOLIDATED] |
| Plaintiffs, | § § | |
| v. | § § | |
| HAAS OUTDOORS, INC., | § § § | |
| Defendant. | § | |

## PLAINTIFF'S ESTIMATE OF PROBABLE LENGTH OF TRIAL

Pursuant to Local Rule CV-16(f)(10) and the Court's June 30, 2021 Order (Dkt. #257), Plaintiff Haas Outdoors, Inc. ("Haas Outdoors"), submits its Estimate of the Probable Length of Trial, and estimates a three day trial.

Dated: September 30, 2021.

                                                  Respectfully submitted,

                                                  HAAS OUTDOORS, INC.

                                                  By Its Attorneys,
                                                  JONES WALKER LLP

                                                  By: *s/ W. Whitaker Rayner*
                                                        W. WHITAKER RAYNER

W. WHITAKER RAYNER (MS Bar No. 4666) (*pro hac vice*)
ANDREW S. HARRIS (MS Bar No. 104289) (*pro hac vice*)
JONES WALKER LLP
190 East Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900; Fax: (601) 949-4804
wrayner@joneswalker.com
aharris@joneswalker.com

KRYSTAL P. SCOTT
Texas Bar # 24056288
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel.: 713-437-1816; Fax: 713-437-1810
kscott@joneswalker.com