IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § § | |
| Plaintiff, | § § | C.A. NO. 1:18-cv-00978-RP |
| v. | § § | [LEAD CASE] |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § | |
| Defendants. | § | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § | C.A. NO. 1:18-cv-00596-RP [CONSOLIDATED] |
| Plaintiffs, | § § | |
| v. | § § § | |
| HAAS OUTDOORS, INC., | § § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE TO THE COURT**

# EXHIBIT G

## Plaintiff's Statement Concerning Motions in Limine

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § | |
| | § | |
| Plaintiff, | § | C.A. NO. 1:18-cv-00978-RP |
| | § | [LEAD CASE] |
| v. | § | |
| | § | |
| DRYSHOD INTERNATIONAL, LLC, | § | |
| AND JAMES K. DONOHUE | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DRYSHOD INTERNATIONAL, LLC, | § | |
| AND JAMES K. DONOHUE | § | C.A. NO. 1:18-cv-00596-RP |
| | § | [CONSOLIDATED] |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| HAAS OUTDOORS, INC., | § | |
| | § | |
| Defendant. | § | |

## **PLAINTIFF'S STATEMENT CONCERNING MOTIONS IN LIMINE**

The parties filed, and the Court has ruled on, Motions In Limine in this case. Plaintiff has no further Motions In Limine to file at this time.

Dated: September 30, 2021.

                Respectfully submitted,

                HAAS OUTDOORS, INC.

                By Its Attorneys,
                JONES WALKER LLP

                By: *s/ W. Whitaker Rayner*
                      W. WHITAKER RAYNER

W. W<small>HITAKER</small> R<small>AYNER</small> (MS Bar No. 4666) (*pro hac vice*)
A<small>NDREW</small> S. H<small>ARRIS</small> (MS Bar No. 104289) (*pro hac vice*)
JONES WALKER LLP
190 East Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900; Fax: (601) 949-4804
wrayner@joneswalker.com
aharris@joneswalker.com

K<small>RYSTAL</small> P. S<small>COTT</small>
Texas Bar # 24056288
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel.: 713-437-1816; Fax: 713-437-1810
kscott@joneswalker.com