IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § | |
| Plaintiff, | § § | C.A. NO. 1:18-cv-00978-RP |
| | § | [LEAD CASE] |
| v. | § § | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § | C.A. NO. 1:18-cv-00596-RP [CONSOLIDATED] |
| Plaintiffs, | § § § | |
| v. | § § | JURY TRIAL DEMANDED |
| HAAS OUTDOORS, INC., | § § § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE TO COURT OF
FILING RESPONSIVE PRETRIAL DISCLOSURES**

Pursuant to Local Rule CV-16(g), Plaintiff Haas Outdoors, Inc. ("Haas Outdoors") submits this Notice to the Court of filing the following responsive pretrial disclosures:

Exhibit H[1]: Haas Outdoors's Objections to Defendants' September 30, 2021 Trial Exhibit List (Dkt. #263-1); and

Exhibit I: Haas Outdoors's Objections and Counter-Designations to Defendants' September 30, 2021 Deposition Designations (Dkt. #263-2).

---

[1] Haas Outdoors has consecutively lettered its pretrial submissions (Exhibits A-G) (Dkt. #262-1 to -7) and its responsive pretrial submissions (Exhibits H-I).

{JX495476.1}   1

Dated: October 7, 2021

                         Respectfully submitted,

                         HAAS OUTDOORS, INC.

                         By Its Attorneys,
                         JONES WALKER LLP

                         By:  *s/ Andrew S. Harris*
                              ANDREW S. HARRIS

W. WHITAKER RAYNER (MS Bar No. 4666) (*pro hac vice*)
ANDREW S. HARRIS (MS Bar No. 104289) (*pro hac vice*)
JONES WALKER LLP
190 East Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900; Fax: (601) 949-4804
wrayner@joneswalker.com
aharris@joneswalker.com

KRYSTAL P. SCOTT
Texas Bar # 24056288
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel.: 713-437-1816; Fax: 713-437-1810
kscott@joneswalker.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing document is being filed electronically via the Court's CM/ECF system.

     Dated: October 7, 2021

                                       *s/ Andrew S. Harris*
                                         ANDREW S. HARRIS