IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § | |
| Plaintiff, | § § | C.A. NO. 1:18-cv-00978-RP |
| v. | § § | [LEAD CASE] |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § | |
| Defendants. | § | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § | C.A. NO. 1:18-cv-00596-RP [CONSOLIDATED] |
| Plaintiffs, | § § | |
| v. | § § | |
| HAAS OUTDOORS, INC., | § § § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE TO COURT OF
FILING RESPONSIVE PRETRIAL DISCLOSURES**

**EXHIBIT H**

**Plaintiff's Objections to Defendants' Exhibit List**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § § | |
| Plaintiff, | § § | C.A. NO. 1:18-cv-00978-RP |
| v. | § § | [LEAD CASE] |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § | C.A. NO. 1:18-cv-00596-RP |
| Plaintiffs, | § § | [CONSOLIDATED] |
| v. | § § § | |
| HAAS OUTDOORS, INC., | § § | |
| Defendant. | § | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBIT LIST

Pursuant to Local Rule CV-16(g)(2), Plaintiff Haas Outdoors, Inc. ("Haas Outdoors"), submits its Objections to Defendants Dryshod International, LLC's and James K. Donohue's ("Defendants") September 30, 2021 Trial Exhibit List (Dkt. #263-1).

Unless otherwise noted, the numbers listed in the fourth column of the chart below (labeled "Objections") correspond with the numbered rules in the Federal Rules of Evidence. For example, "408" is a reference to Fed. R. Evid. 408.

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-1 | CFD0000050 | CFD0000050 | |
| D-2 | CFD0000051 | CFD0000051 | |
| D-3 | CFD0000088 | CFD0000089 | |
| D-4 | CFD0000097 | CFD0000101 | |
| D-5 | CFD0000111 | CFD0000112 | 408, 802 |
| D-6 | CFD0000113 | CFD0000114 | 402, 702 |
| D-7 | CFD0000119 | CFD0000121 | 402, 403, 802 |
| D-8 | CFD0000159 | CFD0000163 | |
| D-9 | CFD0000192 | CFD0000192 | |
| D-10 | CFD0000213 | CFD0000213 | |
| D-11 | Dep. Ex. - J. Donohue - Ex. 36 | | |
| D-12 | Dep. Ex. - J. Donohue - Ex. 75 | | |
| D-13 | Dep. Ex. - L. Moore - Ex. 26 | | 802 |
| D-14 | Dep. Ex. - T. Haas - Ex. 4 | | 402, 802, 901 |
| D-15 | Dep. Ex. - T. Haas - Ex. 8 | | 402, 901 |
| D-16 | Haas Outdoors-Dryshod_002522 | Haas Outdoors-Dryshod_002523 | 402, 802 |
| D-17 | Dkt. 130, Ex. A (Camouflage Review) | | 402, 802 |
| D-18 | DONOHUE-DRYSHOD_000015 | DONOHUE-DRYSHOD_000018 | 402, 403, 408, 802 |
| D-19 | DONOHUE-DRYSHOD_000023 | DONOHUE-DRYSHOD_000033 | |
| D-20 | DONOHUE-DRYSHOD_000090 | DONOHUE-DRYSHOD_000096 | |
| D-21 | DONOHUE-DRYSHOD_000113 | DONOHUE-DRYSHOD_000125 | 402, 403, 408, 802 |
| D-22 | DONOHUE-DRYSHOD_000154 | DONOHUE-DRYSHOD_000181 | |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-23 | DONOHUE-DRYSHOD_000193 | DONOHUE-DRYSHOD_000193 | 402, 403, 408, 802 |
| D-24 | DONOHUE-DRYSHOD_000194 | DONOHUE-DRYSHOD_000195 | 402, 403, 408, 802 |
| D-25 | DONOHUE-DRYSHOD_000481 | DONOHUE-DRYSHOD_000482 | 402 |
| D-26 | DONOHUE-DRYSHOD_000517 | DONOHUE-DRYSHOD_000519 | |
| D-27 | DONOHUE-DRYSHOD_001398 | DONOHUE-DRYSHOD_001404 | |
| D-28 | DONOHUE-DRYSHOD_001423 | DONOHUE-DRYSHOD_001424 | 402 |
| D-29 | DONOHUE-DRYSHOD_001483 | DONOHUE-DRYSHOD_001485 | 402 |
| D-30 | DONOHUE-DRYSHOD_001493 | DONOHUE-DRYSHOD_001494 | |
| D-31 | DONOHUE-DRYSHOD_001495 | DONOHUE-DRYSHOD_001507 | 402 |
| D-32 | DONOHUE-DRYSHOD_001580 | DONOHUE-DRYSHOD_001580 | |
| D-33 | DONOHUE-DRYSHOD_001581 | DONOHUE-DRYSHOD_001581 | |
| D-34 | DONOHUE-DRYSHOD_001583 | DONOHUE-DRYSHOD_001588 | |
| D-35 | DONOHUE-DRYSHOD_001634 | DONOHUE-DRYSHOD_001635 | |
| D-36 | DONOHUE-DRYSHOD_001660 | DONOHUE-DRYSHOD_001660 | |
| D-37 | DONOHUE-DRYSHOD_001670 | DONOHUE-DRYSHOD_001671 | 402, 403, 802 |
| D-38 | DONOHUE-DRYSHOD_001679 | DONOHUE-DRYSHOD_001681 | |
| D-39 | DONOHUE-DRYSHOD_001732 | DONOHUE-DRYSHOD_001737 | 402, 403, 802, 901 |
| D-40 | DONOHUE-DRYSHOD_001995 | DONOHUE-DRYSHOD_001996 | |
| D-41 | DONOHUE-DRYSHOD_002019 | DONOHUE-DRYSHOD_002020 | |
| D-42 | DONOHUE-DRYSHOD_002035 | DONOHUE-DRYSHOD_002038 | |
| D-43 | DONOHUE-DRYSHOD_002082 | DONOHUE-DRYSHOD_002083 | |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-44 | DONOHUE-DRYSHOD_002084 | DONOHUE-DRYSHOD_002088 | |
| D-45 | DONOHUE-DRYSHOD_002089 | DONOHUE-DRYSHOD_002089 | |
| D-46 | DONOHUE-DRYSHOD_002090 | DONOHUE-DRYSHOD_002095 | |
| D-47 | DONOHUE-DRYSHOD_002127 | DONOHUE-DRYSHOD_002128 | |
| D-48 | DONOHUE-DRYSHOD_002129 | DONOHUE-DRYSHOD_002129 | |
| D-49 | DONOHUE-DRYSHOD_002151 | DONOHUE-DRYSHOD_002156 | |
| D-50 | DONOHUE-DRYSHOD_002750 | DONOHUE-DRYSHOD_002752 | |
| D-51 | DONOHUE-DRYSHOD_002965 | DONOHUE-DRYSHOD_002966 | |
| D-52 | DONOHUE-DRYSHOD_002967 | DONOHUE-DRYSHOD_002969 | |
| D-53 | DONOHUE-DRYSHOD_002996 | DONOHUE-DRYSHOD_002999 | |
| D-54 | DONOHUE-DRYSHOD_003046 | DONOHUE-DRYSHOD_003047 | |
| D-55 | DONOHUE-DRYSHOD_003064 | DONOHUE-DRYSHOD_003067 | |
| D-56 | DONOHUE-DRYSHOD_004081 | DONOHUE-DRYSHOD_004083 | |
| D-57 | DONOHUE-DRYSHOD_004091 | DONOHUE-DRYSHOD_004092 | |
| D-58 | DONOHUE-DRYSHOD_004178 | DONOHUE-DRYSHOD_004179 | |
| D-59 | DONOHUE-DRYSHOD_004260 | DONOHUE-DRYSHOD_004262 | |
| D-60 | DONOHUE-DRYSHOD_004489 | DONOHUE-DRYSHOD_004491 | |
| D-61 | DONOHUE-DRYSHOD_004525 | DONOHUE-DRYSHOD_004525 | |
| D-62 | DONOHUE-DRYSHOD_004681 | DONOHUE-DRYSHOD_004681 | |
| D-63 | DONOHUE-DRYSHOD_004722 | DONOHUE-DRYSHOD_004723 | |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-64 | DONOHUE-DRYSHOD_004846 | DONOHUE-DRYSHOD_004851 | 402, 403, 802, 901 |
| D-65 | DONOHUE-DRYSHOD_004928 | DONOHUE-DRYSHOD_004929 | 403, 802 |
| D-66 | DONOHUE-DRYSHOD_005093 | DONOHUE-DRYSHOD_005093 | |
| D-67 | DONOHUE-DRYSHOD_005100 | DONOHUE-DRYSHOD_005100 | |
| D-68 | DONOHUE-DRYSHOD 005101 | DONOHUE-DRYSHOD 005101 | |
| D-69 | DONOHUE-DRYSHOD_005102 | DONOHUE-DRYSHOD_005102 | |
| D-70 | DONOHUE-DRYSHOD_005151 | DONOHUE-DRYSHOD_005151 | |
| D-71 | DONOHUE-DRYSHOD_005152 | DONOHUE-DRYSHOD_005152 | |
| D-72 | DONOHUE-DRYSHOD_005154 | DONOHUE-DRYSHOD_005154 | |
| D-73 | DONOHUE-DRYSHOD_005155 | DONOHUE-DRYSHOD_005155 | |
| D-74 | DONOHUE-DRYSHOD_005204 | DONOHUE-DRYSHOD_005204 | |
| D-75 | DONOHUE-DRYSHOD_005258 | DONOHUE-DRYSHOD_005259 | |
| D-76 | DONOHUE-DRYSHOD_005262 | DONOHUE-DRYSHOD_005263 | |
| D-77 | DONOHUE-DRYSHOD_005564 | DONOHUE-DRYSHOD_005565 | |
| D-78 | DONOHUE-DRYSHOD_005781 | DONOHUE-DRYSHOD_005792 | 402, 403, 802 |
| D-79 | DONOHUE-DRYSHOD_005803 | DONOHUE-DRYSHOD_005812 | |
| D-80 | DONOHUE-DRYSHOD_005971 | DONOHUE-DRYSHOD_005971 | |
| D-81 | DONOHUE-DRYSHOD_006093 | DONOHUE-DRYSHOD_006093 | |
| D-82 | DONOHUE-DRYSHOD_006094 | DONOHUE-DRYSHOD_006094 | |
| D-83 | DONOHUE-DRYSHOD_006096 | DONOHUE-DRYSHOD_006098 | |
| D-84 | DONOHUE-DRYSHOD_006111 | DONOHUE-DRYSHOD_006111 | |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-85 | DONOHUE-DRYSHOD_006112 | DONOHUE-DRYSHOD_006115 | |
| D-86 | DONOHUE-DRYSHOD_006851 | DONOHUE-DRYSHOD_006851 | |
| D-87 | DONOHUE-DRYSHOD_006852 | DONOHUE-DRYSHOD_006852 | |
| D-88 | DONOHUE-DRYSHOD_006853 | DONOHUE-DRYSHOD_006853 | |
| D-89 | DONOHUE-DRYSHOD_007283 | DONOHUE-DRYSHOD_007283 | |
| D-90 | DONOHUE-DRYSHOD_007284 | DONOHUE-DRYSHOD_007284 | |
| D-91 | DONOHUE-DRYSHOD_007292 | DONOHUE-DRYSHOD_007294 | |
| D-92 | DONOHUE-DRYSHOD_007299 | DONOHUE-DRYSHOD_007301 | 402, 802 |
| D-93 | DONOHUE-DRYSHOD_007413 | DONOHUE-DRYSHOD_007414 | |
| D-94 | DONOHUE-DRYSHOD_007516 | DONOHUE-DRYSHOD_007517 | |
| D-95 | DONOHUE-DRYSHOD_007539 | DONOHUE-DRYSHOD_007539 | |
| D-96 | DONOHUE-DRYSHOD_007540 | DONOHUE-DRYSHOD_007540 | |
| D-97 | DONOHUE-DRYSHOD_007558 | DONOHUE-DRYSHOD_007558 | |
| D-98 | DONOHUE-DRYSHOD_007559 | DONOHUE-DRYSHOD_007559 | |
| D-99 | DONOHUE-DRYSHOD_007564 | DONOHUE-DRYSHOD_007564 | |
| D-100 | DONOHUE-DRYSHOD_007634 | DONOHUE-DRYSHOD_007643 | |
| D-101 | DONOHUE-DRYSHOD_007687 | DONOHUE-DRYSHOD_007687 | 402 |
| D-102 | DONOHUE-DRYSHOD_007688 | DONOHUE-DRYSHOD_007689 | 402 |
| D-103 | DRYS_001* | DRYS_001 | |
| D-104 | DRYS_002 | DRYS_002 | 402, 901 |
| D-105 | DRYS_003 | DRYS_003 | 402, 901 |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-106 | DRYS_004* | DRYS_004 | 402, 901 |
| D-107 | DRYS_005* | DRYS_005 | 402, 901 |
| D-108 | DRYS_006* | DRYS_006 | 402, 901 |
| D-109 | DRYS_007 | DRYS_007 | 402, 901 |
| D-110 | DRYS_008 | DRYS_008 | 402, 901 |
| D-111 | DRYS_009* | DRYS_009 | 402, 901 |
| D-112 | DRYS_010 | DRYS_010 | 402, 901 |
| D-113 | DRYS_011 | DRYS_011 | 402, 901 |
| D-114 | DRYS_012* | DRYS_012 | 402, 901 |
| D-115 | DRYS_013* | DRYS_013 | 402, 901 |
| D-116 | DRYS_014 | DRYS_014 | 402, 901 |
| D-117 | DRYS_015 | DRYS_015 | 402, 901 |
| D-118 | DRYS_016* | DRYS_016 | 402, 901 |
| D-119 | DRYS_017* | DRYS_017 | 402, 901 |
| D-120 | DRYS_018 | DRYS_018 | 402, 901 |
| D-121 | DRYS_019 | DRYS_019 | 402, 901 |
| D-122 | DRYS_020* | DRYS_020 | 402, 901 |
| D-123 | DRYS_021* | DRYS_021 | 402, 901 |
| D-124 | DRYS_022 | DRYS_022 | 402, 901 |
| D-125 | DRYS_023* | DRYS_023 | 402, 901 |
| D-126 | DRYS_024* | DRYS_024 | 402, 901 |
| D-127 | DRYS_025 | DRYS_025 | 402, 901 |
| D-128 | DRYS_026 | DRYS_026 | 402, 901 |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-129 | DRYS_027* | DRYS_027 | 402, 901 |
| D-130 | DRYS_028* | DRYS_028 | 402, 901 |
| D-131 | DRYS_029* | DRYS_029 | 402, 901 |
| D-132 | DRYS_030* | DRYS_030 | 402, 901 |
| D-133 | DRYS_031 | DRYS_031 | 402, 901 |
| D-134 | DRYS_032* | DRYS_032 | 402, 901 |
| D-135 | DRYS_033* | DRYS_033 | 402, 901 |
| D-136 | DRYS_034 | DRYS_034 | 402, 901 |
| D-137 | DRYS_035 | DRYS_035 | 402, 901 |
| D-138 | DRYS_036* | DRYS_036 | 402, 901 |
| D-139 | DRYS_037 | DRYS_037 | 402, 901 |
| D-140 | DRYS_038 | DRYS_038 | 402, 901 |
| D-141 | DRYS_039* | DRYS_039 | 402, 901 |
| D-142 | DRYS_040 | DRYS_040 | 402, 901 |
| D-143 | DRYS_041 | DRYS_041 | 402, 901 |
| D-144 | DRYS_042* | DRYS_042 | 402, 901 |
| D-145 | DRYS_043 | DRYS_043 | 402, 901 |
| D-146 | DRYS_044* | DRYS_044 | 402, 901 |
| D-147 | DRYS_045 | DRYS_045 | 402, 901 |
| D-148 | DRYS_046 | DRYS_046 | 402, 901 |
| D-149 | DRYS_047* | DRYS_047 | 402, 901 |
| D-150 | DRYS_048 | DRYS_048 | 402, 901 |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-151 | DRYS_049 | DRYS_049 | 402, 901 |
| D-152 | DRYS_050* | DRYS_050 | 402, 901 |
| D-153 | DRYS_051 | DRYS_051 | 402, 901 |
| D-154 | DRYS_052 | DRYS_052 | 402, 901 |
| D-155 | DRYS_053* | DRYS_053 | 402, 901 |
| D-156 | DRYS_054* | DRYS_054 | 402, 901 |
| D-157 | DRYS_055 | DRYS_055 | 402, 901 |
| D-158 | DRYS_056 | DRYS_056 | 402, 901 |
| D-159 | DRYS_057* | DRYS_057 | 402, 901 |
| D-160 | DRYS_058* | DRYS_058 | 402, 901 |
| D-161 | DRYS_059* | DRYS_059 | 402, 901 |
| D-162 | DRYS_060* | DRYS_060 | 402, 901 |
| D-163 | DRYS_061 | DRYS_061 | 402, 901 |
| D-164 | DRYS_062 | DRYS_062 | 402, 901 |
| D-165 | DRYS_063* | DRYS_063 | 402, 901 |
| D-166 | DRYS_064* | DRYS_064 | 402, 901 |
| D-167 | DRYS_065* | DRYS_065 | 402, 901 |
| D-168 | DRYS_066 | DRYS_066 | 402, 901 |
| D-169 | DRYS_067 | DRYS_067 | 402, 901 |
| D-170 | DRYS_068* | DRYS_068 | |
| D-171 | DRYS_069* | DRYS_069 | |
| D-172 | DRYS_070* | DRYS_070 | |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-173 | DRYS_071* | DRYS_071 | |
| D-174 | DRYS_072* | DRYS_072 | |
| D-175 | DRYS_073* | DRYS_073 | |
| D-176 | DRYS_074* | DRYS_074 | |
| D-177 | DRYS_075* | DRYS_075 | |
| D-178 | DRYS_076 | DRYS_076 | 403, 402, 802, 901 |
| D-179 | DRYS_077 | DRYS_078 | 402, 802, 901 |
| D-180 | DRYS_079 | DRYS_079 | 802 |
| D-181 | DRYS_080 | DRYS_080 | |
| D-182 | DRYS_081 | DRYS_081 | 802, 901 |
| D-183 | DRYS_082 | DRYS_082 | 402, 802, 901 |
| D-184 | DRYS_083 | DRYS_083 | 402, 802, 901 |
| D-185 | DRYS_084 | DRYS_084 | 402, 802, 901 |
| D-186 | DRYS_085 | DRYS_085 | 402, 802, 901 |
| D-187 | DRYS_086 | DRYS_086 | 402, 802, 901 |
| D-188 | DRYS_087 | DRYS_087 | 402, 802, 901 |
| D-189 | DRYS_088 | DRYS_088 | 402, 802, 901 |
| D-190 | DRYS_089 | DRYS_089 | 402, 802, 901 |
| D-191 | DRYS_090 | DRYS_090 | 402, 802, 901 |
| D-192 | DRYS_091 | DRYS_091 | 402, 802, 901 |
| D-193 | DRYS_092 | DRYS_092 | 402, 802, 901 |
| D-194 | DRYS_093 | DRYS_093 | 402, 802, 901 |
| D-195 | DRYS_094 | DRYS_100 | 402, 802 |
| D-196 | DRYS_101 | DRYS_103 | 402, 802 |
| D-197 | DRYS_104 | DRYS_106 | 402, 802, 901 |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-198 | DRYS_107* | DRYS_107 | 402, 901, FRCP 37 |
| D-199 | DRYS_108* | DRYS_108 | 402, 901, FRCP 37 |
| D-200 | DRYS_109* | DRYS_109 | 402, 901, FRCP 37 |
| D-201 | February 27, 2018 Letter from Dickinson Wright PLLC to Jones Walker LLP | | 402, 403, 408, 802 |
| D-202 | Haas Outdoors-Dryshod_000231 | Haas Outdoors-Dryshod_00233 | |
| D-203 | Haas Outdoors-Dryshod_000330 | Haas Outdoors-Dryshod_000332 | 402 |
| D-204 | Haas Outdoors-Dryshod_000345 | Haas Outdoors-Dryshod_000346 | 402 |
| D-205 | Haas Outdoors-Dryshod_001465 | Haas Outdoors-Dryshod_001465 | 402 |
| D-206 | Haas Outdoors-Dryshod_001533 | Haas Outdoors-Dryshod_001572 | |
| D-207 | Haas Outdoors-Dryshod_001618 | Haas Outdoors-Dryshod_001637 | |
| D-208 | Haas Outdoors-Dryshod_001848 | Haas Outdoors-Dryshod_001881 | |
| D-209 | Haas Outdoors-Dryshod_001882 | Haas Outdoors-Dryshod_001913 | |
| D-210 | Haas Outdoors-Dryshod_001925 | Haas Outdoors-Dryshod_001939 | |
| D-211 | Haas Outdoors-Dryshod_001992 | Haas Outdoors-Dryshod_002029 | |
| D-212 | Haas Outdoors-Dryshod_002066 | Haas Outdoors-Dryshod_002105 | |
| D-213 | Haas Outdoors-Dryshod_002177 | Haas Outdoors-Dryshod_002216 | |
| D-214 | Haas Outdoors-Dryshod_00227 | Haas Outdoors-Dryshod_00230 | 402 |
| D-215 | Haas Outdoors-Dryshod_00234 | Haas Outdoors-Dryshod_00234 | 402, 802 |
| D-216 | Haas Outdoors-Dryshod_002388 | Haas Outdoors-Dryshod_002388 | |
| D-217 | Haas Outdoors-Dryshod_002401 | Haas Outdoors-Dryshod_002401 | |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-218 | Haas Outdoors-Dryshod_002404 | Haas Outdoors-Dryshod_002404 | |
| D-219 | Haas Outdoors-Dryshod_002450 | Haas Outdoors-Dryshod_002456 | 402 |
| D-220 | Haas Outdoors-Dryshod_002864 | Haas Outdoors-Dryshod_002864 | 402, 802 |
| D-221 | Haas Outdoors-Dryshod_002869 | Haas Outdoors-Dryshod_002869 | 402, 403 |
| D-222 | Haas Outdoors-Dryshod_002877 | Haas Outdoors-Dryshod_002878 | 402 |
| D-223 | Haas Outdoors-Dryshod_002879 | Haas Outdoors-Dryshod_002880 | 402 |
| D-224 | Haas Outdoors-Dryshod_002881 | Haas Outdoors-Dryshod_002882 | 402 |
| D-225 | Haas Outdoors-Dryshod_002883 | Haas Outdoors-Dryshod_002892 | 402 |
| D-226 | Haas Outdoors-Dryshod_002939 | Haas Outdoors-Dryshod_002947 | |
| D-227 | Haas Outdoors-Dryshod_002948 | Haas Outdoors-Dryshod_002948 | |
| D-228 | Haas Outdoors-Dryshod_002960 | Haas Outdoors-Dryshod_002967 | 402 |
| D-229 | Haas Outdoors-Dryshod_002968 | Haas Outdoors-Dryshod_002968 | 402 |
| D-230 | Haas Outdoors-Dryshod_003178 | Haas Outdoors-Dryshod_003185 | |
| D-231 | Haas Outdoors-Dryshod_003186 | Haas Outdoors-Dryshod_003188 | |
| D-232 | Haas Outdoors-Dryshod_003189 | Haas Outdoors-Dryshod_003190 | 402 |
| D-233 | Haas Outdoors-Dryshod_003286 | Haas Outdoors-Dryshod_003293 | |
| D-234 | Haas Outdoors-Dryshod_003294 | Haas Outdoors-Dryshod_003295 | |
| D-235 | Haas Outdoors-Dryshod_003589 | Haas Outdoors-Dryshod_003596 | 402 |
| D-236 | Haas Outdoors-Dryshod_003597 | Haas Outdoors-Dryshod_003597 | 402 |
| D-237 | Haas Outdoors-Dryshod_003598 | Haas Outdoors-Dryshod_003606 | |
| D-238 | Haas Outdoors-Dryshod_003607 | Haas Outdoors-Dryshod_003608 | |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-239 | Haas Outdoors-Dryshod_003609 | Haas Outdoors-Dryshod_003609 | |
| D-240 | Haas Outdoors-Dryshod_003610 | Haas Outdoors-Dryshod_003611 | |
| D-241 | Haas Outdoors-Dryshod_004012 | Haas Outdoors-Dryshod_004015 | |
| D-242 | Haas Outdoors-Dryshod_004019 | Haas Outdoors-Dryshod_004020 | 402 |
| D-243 | Haas Outdoors-Dryshod_004023 | Haas Outdoors-Dryshod_004028 | 402 |
| D-244 | Haas Outdoors-Dryshod_004145 | Haas Outdoors-Dryshod_004152 | |
| D-245 | Haas Outdoors-Dryshod_004153 | Haas Outdoors-Dryshod_004153 | |
| D-246 | Haas Outdoors-Dryshod_004204 | Haas Outdoors-Dryshod_004211 | 402 |
| D-247 | Haas Outdoors-Dryshod_004212 | Haas Outdoors-Dryshod_004213 | 402 |
| D-248 | Haas Outdoors-Dryshod_004230 | Haas Outdoors-Dryshod_004237 | |
| D-249 | Haas Outdoors-Dryshod_004238 | Haas Outdoors-Dryshod_004239 | |
| D-250 | Haas Outdoors-Dryshod_004252 | Haas Outdoors-Dryshod_004259 | |
| D-251 | Haas Outdoors-Dryshod_004260 | Haas Outdoors-Dryshod_004261 | |
| D-252 | Haas Outdoors-Dryshod_004339 | Haas Outdoors-Dryshod_004347 | |
| D-253 | Haas Outdoors-Dryshod_004348 | Haas Outdoors-Dryshod_004349 | |
| D-254 | Haas Outdoors-Dryshod_004436 | Haas Outdoors-Dryshod_004445 | |
| D-255 | Haas Outdoors-Dryshod_004446 | Haas Outdoors-Dryshod_004448 | |
| D-256 | Haas Outdoors-Dryshod_004518 | Haas Outdoors-Dryshod_004519 | 402 |
| D-257 | Haas Outdoors-Dryshod_004520 | Haas Outdoors-Dryshod_004528 | 402 |
| D-258 | Haas Outdoors-Dryshod_004529 | Haas Outdoors-Dryshod_004536 | 402 |
| D-259 | Haas Outdoors-Dryshod_004537 | Haas Outdoors-Dryshod_004537 | 402 |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-260 | Haas Outdoors-Dryshod_004538 | Haas Outdoors-Dryshod_004538 | 402 |
| D-261 | Haas Outdoors-Dryshod_004539 | Haas Outdoors-Dryshod_004547 | 402 |
| D-262 | Haas Outdoors-Dryshod_004548 | Haas Outdoors-Dryshod_004549 | 402 |
| D-263 | Haas Outdoors-Dryshod_004572 | Haas Outdoors-Dryshod_004572 | |
| D-264 | Haas Outdoors-Dryshod_004573 | Haas Outdoors-Dryshod_004573 | |
| D-265 | Haas Outdoors-Dryshod_004576 | Haas Outdoors-Dryshod_004583 | 402 |
| D-266 | Haas Outdoors-Dryshod_004601 | Haas Outdoors-Dryshod_004608 | 402 |
| D-267 | Haas Outdoors-Dryshod_004609 | Haas Outdoors-Dryshod_004617 | 402 |
| D-268 | Haas Outdoors-Dryshod_004618 | Haas Outdoors-Dryshod_004625 | 402 |
| D-269 | Haas Outdoors-Dryshod_004726 | Haas Outdoors-Dryshod_004733 | |
| D-270 | Haas Outdoors-Dryshod_004734 | Haas Outdoors-Dryshod_004735 | |
| D-271 | Haas Outdoors-Dryshod_004779 | Haas Outdoors-Dryshod_004786 | |
| D-272 | Haas Outdoors-Dryshod_004787 | Haas Outdoors-Dryshod_004787 | |
| D-273 | Haas Outdoors-Dryshod_004788 | Haas Outdoors-Dryshod_004788 | 402 |
| D-274 | Haas Outdoors-Dryshod_004789 | Haas Outdoors-Dryshod_004789 | 402 |
| D-275 | Haas Outdoors-Dryshod_004824 | Haas Outdoors-Dryshod_004832 | 402 |
| D-276 | Haas Outdoors-Dryshod_004835 | Haas Outdoors-Dryshod_004837 | 402 |
| D-277 | Haas Outdoors-Dryshod_004838 | Haas Outdoors-Dryshod_004839 | 402 |
| D-278 | Haas Outdoors-Dryshod_004865 | Haas Outdoors-Dryshod_004866 | 402 |
| D-279 | Haas Outdoors-Dryshod_004905 | Haas Outdoors-Dryshod_004907 | |
| D-280 | Haas Outdoors-Dryshod_004908 | Haas Outdoors-Dryshod_004917 | |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-281 | Haas Outdoors-Dryshod_004918 | Haas Outdoors-Dryshod_004920 | |
| D-282 | Haas Outdoors-Dryshod_004921 | Haas Outdoors-Dryshod_004923 | |
| D-283 | Haas Outdoors-Dryshod_004946 | Haas Outdoors-Dryshod_004955 | 402 |
| D-284 | Haas Outdoors-Dryshod_004956 | Haas Outdoors-Dryshod_004957 | 402 |
| D-285 | Haas Outdoors-Dryshod_005961* | Haas Outdoors-Dryshod_005961 | |
| D-286 | Haas Outdoors-Dryshod_005963 | Haas Outdoors-Dryshod_005967 | |
| D-287 | Haas Outdoors-Dryshod_006129 | Haas Outdoors-Dryshod_006134 | 402, 403 |
| D-288 | Haas Outdoors-Dryshod_006135* | Haas Outdoors-Dryshod_006135 | |
| D-289 | Haas Outdoors-Dryshod_006136* | Haas Outdoors-Dryshod_006136 | |
| D-290 | Haas Outdoors-Dryshod_006139* | Haas Outdoors-Dryshod_006139 | |
| D-291 | Haas Outdoors-Dryshod_006141 | Haas Outdoors-Dryshod_006147 | |
| D-292 | Haas Outdoors-Dryshod_006145* | Haas Outdoors-Dryshod_006145 | |
| D-293 | Haas Outdoors-Dryshod_006146* | Haas Outdoors-Dryshod_006147 | |
| D-294 | Haas Outdors-Dryshod_002511 | Haas Outdors-Dryshod_002511 | |
| D-295 | March 15, 2018 Letter from Jones Walker LLP to Dickinson Wright PLLC | | 402, 403, 408, 802 |
| D-296 | Moore Dep. Ex. 32* | | 402, 403, 901 |
| D-297 | Moore Dep. Ex. 38* | | |
| D-298 | Sugg Dep. Ex. 47* | | |
| D-299 | T. Haas Dep. Ex. | | |
| D-300 | T. Haas Dep. Ex. 15* | | |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-301 | T. Haas Dep. Ex. 16* | | 402, 403, 901 |
| D-302 | T. Haas Dep. Ex. 17* | | |
| D-303 | T. Haas Dep. Ex. 18* | | |
| D-304 | T. Haas Dep. Ex. 19* | | 402, 901 |
| D-305 | T. Haas Dep. Ex. 6* | | 402, 403, 901 |
| D-306 | T. Haas Dep. Ex. 7* | | 402, 403, 901 |
| D-307 | Plaintiff's Responses to Defs' | | 402, 403 |
| D-308 | Plaintiff's Supplemental | | 402, 403 |
| D-309 | TEAMJ 000041 | TEAMJ 000041 | |
| D-310 | TEAMJ 000144 | TEAMJ 000144 | 402, 403, 802, 901 |
| D-311 | TEAMJ 000146 | TEAMJ 000148 | 402, 802, 901 |
| D-312 | TEAMJ 000154 | TEAMJ 000156 | 402, 403, 901, 802 |
| D-313 | TEAMJ 000185 | TEAMJ 000185 | 402, 802 |
| D-314 | TEAMJ 002001 | TEAMJ 002005 | |
| D-315 | TEAMJ001635 | TEAMJ001635 | 402, 403, 802 |
| D-316 | DONOHUE-DRYSHOD_007520 | DONOHUE-DRYSHOD_007521 | |
| D-317 | DONOHUE-DRYSHOD_004041 | DONOHUE-DRYSHOD_004046 | 402, 403, 802 |
| D-318 | DONOHUE-DRYSHOD_002754 | DONOHUE-DRYSHOD_002754 | 402, 802, 901 |
| D-319 | DONOHUE-DRYSHOD_002753 | DONOHUE-DRYSHOD_002753 | 402, 802, 901 |
| D-320 | DONOHUE-DRYSHOD_006849 | DONOHUE-DRYSHOD_006849 | 901 |
| D-321 | DONOHUE-DRYSHOD_006850 | DONOHUE-DRYSHOD_006850 | 901 |
| D-322 | DONOHUE-DRYSHOD_000216 | DONOHUE-DRYSHOD_000217 | 402, 802, 901 |
| D-323 | DONOHUE-DRYSHOD_000892 | DONOHUE-DRYSHOD_000892 | 402 |

| Defs.' Trial Ex. # | Beg. Bates | End Bates | Haas Outdoors's Objections (FRE #s) |
|---|---|---|---|
| D-324 | MOBU Application (Ser. No. 87/778,784) | | |
| D-325 | TTAB Notice of Opposition No. | | |
| D-326 | 6.20.2018 Notice of Publication of Ser. No. 87/778,784 | | 402, 802, FRCP 37 |

Dated: October 7, 2021

    Respectfully submitted,

    HAAS OUTDOORS, INC.

    By Its Attorneys,
    JONES WALKER LLP

    By: *s/ Andrew S. Harris*
        ANDREW S. HARRIS

W. WHITAKER RAYNER (MS Bar No. 4666) (*pro hac vice*)
ANDREW S. HARRIS (MS Bar No. 104289) (*pro hac vice*)
JONES WALKER LLP
190 East Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900; Fax: (601) 949-4804
wrayner@joneswalker.com
aharris@joneswalker.com

KRYSTAL P. SCOTT
Texas Bar # 24056288
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel.: 713-437-1816; Fax: 713-437-1810
kscott@joneswalker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document is being filed electronically via the Court's CM/ECF system.

Dated: October 7, 2021

*s/ Andrew S. Harris*
ANDREW S. HARRIS
