# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § | |
| | § | |
| Plaintiff, | § | C.A. NO. 1:18-cv-00978-RP |
| | § | [LEAD CASE] |
| v. | § | |
| | § | |
| DRYSHOD INTERNATIONAL, LLC, | § | |
| AND JAMES K. DONOHUE | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DRYSHOD INTERNATIONAL, LLC, | § | |
| AND JAMES K. DONOHUE | § | C.A. NO. 1:18-cv-00596-RP |
| | § | [CONSOLIDATED] |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| HAAS OUTDOORS, INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE TO COURT OF
## FILING OF RESPONSIVE PRETRIAL DISCLOSURES

### EXHIBIT I

### Plaintiff's Objections and Counter-Designations to
### Defendants' Deposition Designations

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § | |
| | § | |
| Plaintiff, | § | C.A. NO. 1:18-cv-00978-RP |
| | § | [LEAD CASE] |
| v. | § | |
| | § | |
| DRYSHOD INTERNATIONAL, LLC, | § | |
| AND JAMES K. DONOHUE | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DRYSHOD INTERNATIONAL, LLC, | § | |
| AND JAMES K. DONOHUE | § | C.A. NO. 1:18-cv-00596-RP |
| | § | [CONSOLIDATED] |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| HAAS OUTDOORS, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS**
**TO DEFENDANTS' DEPOSITION DESIGNATIONS**

Pursuant to Local Rule CV-16(g)(1) and the parties' Joint Notice Regarding Deposition Designations for Trial (Dkt. #261), Plaintiff Haas Outdoors, Inc. ("Haas Outdoors"), submits its Objections and Counter-Designations to Defendants Dryshod International, LLC's and James K. Donohue's ("Defendants") September 30, 2021 Deposition Designations (Dkt. #263-2).

Unless otherwise noted, the numbers listed in the fourth column of the chart below (labeled "Objections") correspond with the numbered rules in the Federal Rules of Evidence. For example, "408" is a reference to Fed. R. Evid. 408.

| DESIGNATIONS FROM SEPTEMBER 11, 2019 DEPOSITION TESTIMONY OF TOXEY HAAS | | | | | |
| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendants' Objections to Plaintiff's Counter-Designations | Defendants' Counter-Counter Designations | Plaintiff's Objections to Counter-Counter Designations |
|---|---|---|---|---|---|
| 12:15-24 | | | | | |
| 18:5-6 | | | | | |
| 18:19-19:5 | | 19:6-9 | | | |
| 19:10-14 | | 19:22-20:14 | | | |
| 26:13-18 | | | | | |
| 27:19-28:12 (Ex. 6) | 402, 901 | 97:10-99:2 | | | |
| 31:10-16 (Ex. 7) | 402, 901 | 31:17-32:14 | | | |
| 34:3-7 (Ex. 8) | 402, 901 | | | | |
| 34:15-35:2 | 402, 901 | | | | |
| 43:20-44:19 | 402, 403 | | | | |
| 46:3-19 | 402, 403 | | | | |
| 54:2-13 | 402, 403 | | | | |
| 58:3-8 | 402, 403 | | | | |
| 69:10-70:1 | 402, 403 | | | | |
| 72:9-10,19-22 (Ex.9) | 402, 403, 901 | | | | |

| DESIGNATIONS FROM SEPTEMBER 11, 2019 DEPOSITION TESTIMONY OF TOXEY HAAS | | | | | |
|---|---|---|---|---|---|
| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendants' Objections to Plaintiff's Counter-Designations | Defendants' Counter-Counter Designations | Plaintiff's Objections to Counter-Counter Designations |
| 73:1-14 | 402, 403 | | | | |
| 79:13-80:6 | 402, 403 | | | | |
| 81:4-12 | 402, 403 | | | | |
| 82:9-15 (Ex. 10) | 402, 901 | | | | |
| 83:1-22 | 402 | | | | |
| 86:19-22 | 402 | | | | |
| 88:12-23 | 402 | | | | |
| 103:18-104:14 | 402 | | | | |
| 108:5-24 (Ex. 13) | 402, 403, 802 | | | | |
| 109:23-110:19 | 402, 403, 802 | | | | |
| 111:5-24 | 402, 403 | | | | |
| 113:6-8 (Ex. 5) | 402 | | | | |
| 114:3-6 | 402 | | | | |
| 119:22-121:6 | 402 | | | | |
| 122:21-123:1 | 402 | | | | |

| DESIGNATIONS FROM SEPTEMBER 11, 2019 DEPOSITION TESTIMONY OF TOXEY HAAS | | | | | |
|---|---|---|---|---|---|
| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendants' Objections to Plaintiff's Counter-Designations | Defendants' Counter-Counter Designations | Plaintiff's Objections to Counter-Counter Designations |
| 125:7-126:6 | 402 | | | | |
| 128:7-13 | 402 | | | | |
| 129:18-21 | 402 | | | | |
| 132:22-133:14 | 402 | | | | |
| 134:19-135:12 | 402 | | | | |
| 137:10-19 | 402, 408 | | | | |
| 141:21-143:14 | | | | | |
| 146:8-10 | | 145:11-146:7, 146:11-16 | | | |
| 150:3-151:14 | 402 | 151:15-152:1 | | | |
| 152:2-7 | 402 | | | | |
| 160:2-20 (Ex. 14) | | | | | |
| 161:14-23 | | | | | |
| 162:15-163:20 (Ex. 15) | | 163:21-164:17 | | | |
| 164:18-22 | | 164:23-165:24 | | | |

| DESIGNATIONS FROM SEPTEMBER 11, 2019 DEPOSITION TESTIMONY OF TOXEY HAAS | | | | | |
|---|---|---|---|---|---|
| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendants' Objections to Plaintiff's Counter-Designations | Defendants' Counter-Counter Designations | Plaintiff's Objections to Counter-Counter Designations |
| 169:3-20 (Ex. 17) | | | | | |
| 172:18-173:24 (Ex. 19) | | | | | |
| 180:21-181:2, 19-25 | | 181:3-18, 182:1-15 | | | |
| 185:20-186:16 | | 184:13-185:19, 186:17-23 | | | |
| 190:7-12 | | | | | |
| 191:14-192:7 | | | | | |
| 195:2-8 | | | | | |
| 197:14-199:25 | | 196:1-197:13, 200:1-2 | | | |
| 200:13-20 | | | | | |
| 202:18-203:21 | 402, 602, 701 | | | | |
| 205:15-19 | 402, 602, 701 | | | | |
| 208:5-12 | 402, 602, 701 | | | | |
| 211:1-21 | 402, 408 | | | | |
| 212:3-12 | 402, 408 | | | | |

Dated: October 7, 2021

Respectfully submitted,

HAAS OUTDOORS, INC.

By Its Attorneys,
JONES WALKER LLP

By:  *s/ Andrew S. Harris*
         ANDREW S. HARRIS

W. WHITAKER RAYNER (MS Bar No. 4666) (*pro hac vice*)
ANDREW S. HARRIS (MS Bar No. 104289) (*pro hac vice*)
JONES WALKER LLP
190 East Capitol Street, Suite 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900; Fax: (601) 949-4804
wrayner@joneswalker.com
aharris@joneswalker.com

KRYSTAL P. SCOTT
Texas Bar # 24056288
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel.: 713-437-1816; Fax: 713-437-1810
kscott@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document is being

filed electronically via the Court's CM/ECF system.

Dated: October 7, 2021

*s/ Andrew S. Harris*
         ANDREW S. HARRIS

{JX495385.2}                                                    7