UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Haas Outdoors, Inc.                             §
                                                §
vs.                                             §          NO:   AU:18-CV-00978-RP
                                                §
Dryshod International, LLC, James K.            §
Donohue

## ORDER RESETTING

The Court hereby resets and directs the parties, or counsel acting on their behalf, to appear for a FINAL PRETRIAL CONFERENCE BY VIDEO on October 15, 2021  at  09:00 AM .  The courtroom deputy will send out connection information prior to the hearing.

**SIGNED** on 13th day of October, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE