IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § § | |
| Plaintiff, | § § | C.A. NO. 1:18-cv-00978-RP |
| v. | § § | [LEAD CASE] |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § | C.A. NO. 1:18-cv-00596-RP [CONSOLIDATED] |
| Plaintiffs, | § § | |
| v. | § § § | |
| HAAS OUTDOORS, INC., | § § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE TO THE COURT**

# EXHIBIT B

## Plaintiff's Amended Identification of Trial Exhibits

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC. | § § § § § § § § § § § | |
| Plaintiff, | | C.A. NO. 1:18-cv-00978-RP |
| | | [LEAD CASE] |
| v. | | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | | |
| Defendants. | | |
| DRYSHOD INTERNATIONAL, LLC, AND JAMES K. DONOHUE | § § § § § § § § § § § § | |
| | | C.A. NO. 1:18-cv-00596-RP |
| | | [CONSOLIDATED] |
| Plaintiffs, | | |
| v. | | |
| HAAS OUTDOORS, INC., | | |
| Defendant. | | |

**PLAINTIFF'S AMENDED IDENTIFICATION OF TRIAL EXHIBITS**

Pursuant to Local Rule CV-16(f)(4), the Court's June 30, 2021 Order (Dkt. #257), Plaintiff Haas Outdoors, Inc. ("Haas Outdoors"), submits its Amended Identification of Trial Exhibits.

| Trial Ex. # | Bates Start (Or Other Identifier) | Bates End (Or Other Identifier) | Depo. Ex. # | Will/ May Use |
|---|---|---|---|---|
| P-1 | Haas 5329[1] | 5329 | | May |
| P-2 | Haas 2842 | 2842 | Defs.' Ex. 61[2] | Will |
| P-3 | Haas 5330 | 5331 | | Will |
| P-4 | Haas 2843 | 2843 | | Will |
| P-5 | Haas 2844 | 2850 | | Will |
| P-6 | Haas 2851 | 2855 | | May |
| P-7 | Haas 2862 | 2862 | | May |
| P-8 | DSI 7738[3] | 7739 | | May |
| P-9 | DSI 1025 | 1025 | | May |
| P-10 | DSI 7516 | 7517 | | May |
| P-11 | DSI 7520 | 7521 | Defs.' Ex. 57 | May |
| P-12 | Haas 1422 | 1425 | | May |
| P-13 | DSI 308 | 311 | | May |
| P-14 | DSI 90 | 93 | Defs.' Ex. 4 | May |
| P-15 | DSI 2182 | 2184 | | May |
| P-16 | DSI 4181 | 4186 | | May |
| P-17 | DSI 512 | 514 | Defs.' Ex. 65 | May |
| P-18 | DSI 1024 | 1027 | Defs.' Ex. 66 | Will |
| P-19 | DSI 2163 | 2165 | Defs.' Ex. 67-68 | Will |
| P-20 | DSI 4191 | 4194 | | May |
| P-21 | DSI 2151 | 2156 | | May |
| P-22 | DSI 4525 | 4525 | Defs.' Ex. 72 | Will |
| P-23 | DSI 3057 | 3057 | | May |
| | DSI 3059 | 3061 | | |
| P-24 | DSI 7509 | 7515 | Defs.' Ex. 64 | Will |
| P-25 | DSI 2148 | 2150 | | May |
| P-26 | DSI 2120 | 2123 | | May |
| P-27 | DSI 5736 | 5742 | | May |

---

[1] The prefix "Haas" refers to documents Bates numbered with the prefix Haas Outdoors-Dryshod_******.

[2] The identifier "Defs.' Ex." refers to exhibits from the deposition of James Donohue, Mimi Donohue and/or Dryshod International, LLC.

[3] The prefix "DSI" refers to documents Bates numbered with the prefix DONOHUE-DRYSHOD_******.