UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| Haas Outdoors, Inc. | § | |
|---|---|---|
| vs. | § | CIVIL NO: |
| | § | AU:18-CV-00978-RP |
| Dryshod International, LLC, James K. Donohue | § | |
| | § | |

# **LIST OF WITNESSES AT BENCH TRIAL**

| BY | PLAINTIFF | BY | DEFENDANT |
|---|---|---|---|
| 1. | William Sugg | 1. | Jerome Srednicki |
| 2. | Larry Moore | 2. | Toxey Haas (by Video) |
| 3. | James K. Donohue | 3. | James Donohue |
| 4. | Maureen Donohue | 4. | Maureen Donohue |
| 5. | Cindy Reed | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |