# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| HAAS OUTDOORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DRYSHOD INTERNATIONAL, LLC and JAMES K. DONOHUE, <br><br> Defendants. | Civil Action No. AU:18-cv-00978-RP |

## JOINT MOTION FOR ONE-WEEK EXTENSION
## OF DEADLINE FOR POST-TRIAL SUBMISSIONS

The parties jointly ask the Court to extend their deadline to file revised proposed findings of fact and conclusions of law on the trademark issues, through and including December 6, 2021. Good cause supports this request:

1. At the conclusion of the bench trial held on October 25–27, 2021, the Court invited the parties to "revise and extend [their] proposed findings of fact and conclusions of law in light of the evidence that was admitted" on the trademark issues remaining in the case. Tr. Vol. 3 at 203:12–14, 207:20–208:4.

2. After an on-the-record discussion with the Court, the parties agreed to file their respective submissions two weeks after the court reporter circulated the trial transcripts.

3. The court reporter circulated the final trial transcript to the parties on Saturday, November 13, 2021. Under the parties' agreement discussed before the

Court, this would make the parties' submissions due on Monday, November 29, 2021 (accounting for the fact that the deadline would otherwise fall on a weekend).

4. The parties wish to extend this deadline by one week to account for the Thanksgiving holiday and post-holiday weekend.

5. Thus, the parties jointly ask the Court to extend their deadline to file their respective revised proposed findings and conclusions on the trademark issues until Monday, December 6, 2021.

6. The requested one-week extension is intended to accommodate counsel's and their clients' holiday schedules, not for undue delay or for any other improper purpose.

DATED: November 16, 2021               Respectfully submitted,


/s/ *W. Whitaker Rayner* *(with permission)*
W. Whitaker Rayner
Miss. Bar #4666 (*pro hac vice*)
Andrew S. Harris
Miss. Bar #104289 (*pro hac vice*)
JONES WALKER LLP
190 E. Capitol Street, Suite 800
Jackson MS 39201
(601) 949-4900
(601) 949-4804
wrayner@joneswalker.com
aharris@joneswalker.com

*Counsel for Plaintiff*

/s/ *Travis R. Wimberly*
Travis R. Wimberly
State Bar No. 24075292
Stephen P. Meleen
State Bar No. 00795776
Alexandra H. Bistline
State Bar No. 24092137
PIRKEY BARBER PLLC
1801 E. 6th Street, Suite 300
Austin, TX 78702
(512) 322-5200
(512) 322-5201 (fax)
twimberly@pirkeybarber.com
smeleen@pirkeybarber.com
abistline@pirkeybarber.com

*Counsel for Defendants*


### CERTIFICATE OF SERVICE

I certify that on November 16, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notice of the filing to counsel of record.

/s/ *Travis R. Wimberly*
Travis R. Wimberly