IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAAS OUTDOORS, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| DRYSHOD INTERNATIONAL, LLC and JAMES K. DONOHUE, | § § § § | 1:18-CV-978-RP |
| Defendants. | § § | |

## FINAL JUDGMENT

On this date, the Court entered its findings of fact and conclusions of law. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 21, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE